## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

### **NOTICE**

UNITED STATES OF AMERICA

V.  CASE NUMBER: 1:12CR02 M

RYAN DANDRE HEARN

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM NUMBER 1 - FIRST FLOOR
_____

**Date and Time**
TUESDAY, OCTOBER 9, 2012, 3:00 PM

---

**Type of Proceeding**

**CHANGE OF PLEA AS TO COUNT TWO OF THE INDICTMENT
BEFORE CHIEF UNITED STATES DISTRICT JUDGE MICHAEL P. MILLS.
A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS.  COUNSEL FOR DEFENDANT MAY ATTEND.
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

      /s/Sallie Wilkerson      
(BY) Sallie Wilkerson- Courtroom Deputy

Date:  October 5, 2012

To:     Rob Coleman     (electronic notice only)          U. S. Probation Service (electronic notice only)

          Robert W. Davis, Jr.    (electronic notice only)          U. S. Marshal Service (electronic notice only)


**CONTACT SALLIE WILKERSON AT 662/281-3041 OR EMAIL Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS .**