**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**CRIMINAL MINUTES (GENERAL)**

**CASE NUMBER:** 1:12CR02 M          **PLACE HELD: OXFORD, MISSISSIPPI**
**UNITED STATES OF AMERICA v. RYAN DANDRE HEARN**
**DATE & TIME BEGUN:** OCTOBER 9, 2012, 2:00 PM
**DATE & TIME ENDED:** OCTOBER 9, 2012, 2:20 PM

**TOTAL TIME:** 20 MINUTES

**PRESENT:**
**HONORABLE MICHAEL P. MILLS, CHIEF U.S. DISTRICT JUDGE**

Sallie Wilkerson                                        Rita Young
**Courtroom Deputy Clerk**                              **Official Court Reporter**

**ATTORNEY(S) FOR GOVERNMENT:**           **ATTORNEY(S) FOR DEFENDANT(S):**
AUSA ROB COLEMAN                          ROBERT 'CHIP' DAVIS

**U.S. PROBATION OFFICER:**
ANDREW FOUNTAIN

**PROCEEDINGS:**

Waiver of Indictment Filed _____                        Information Filed _____

PLEA:
    GUILTY                                              NOLO CONTENDERE

    <u>COUNT 2 INDICTMENT</u>                             _____

Bond Set: _____

Bond Continued _____

Remand to Custody of U. S. Marshal:  <u>  X  </u>

Set For Sentencing:   Upon completion of the presentence report.

Remarks:

**DAVID CREWS, CLERK**
By:
   /s/Sallie Wilkerson
Courtroom Deputy Clerk