# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**RYAN DANDRE HEARN**                                                 **PETITIONER**

**v.**                                                       **No. 1:12cr2-MPM**

**UNITED STATES OF AMERICA**                                    **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant Motion to Vacate, Set Aside, or Correct Sentence is **DENIED**.

**SO ORDERED**, this, the 1st day of September, 2017.

                                                                   **/s/ MICHAEL P. MILLS**
                                                                   **UNITED STATES DISTRICT JUDGE**
                                                                   **NORTHERN DISTRICT OF MISSISSIPPI**